GEORGE S. HULL, as Trustee for the Benefit of Third Mortgage Bondholders of the CANANDAIGUA ELECTRIC LIGHT AND RAILROAD COMPANY, Respondent, *v.* WALTER D. WILCOX, Appellant, Impleaded with Others.

*Hull* v. *Canandaigua El. L. Co.*, 55 App. Div. 419, appeal dismissed. (Argued February 25, 1901; decided March 5, 1901.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 1, 1900, which affirmed an order of Special Term denying a motion to set aside and vacate a judgment of foreclosure and sale theretofore entered in this action.

The motion was made upon the ground that the order appealed from is not appealable to this court.

*H. C. Mandeville* for motion.

*Hiscock, Doheny, Williams & Cowie* opposed.

Motion granted and appeal dismissed, with costs.

---

XAVER WIEDEMAN, Respondent, *v.* JAMES EVERARD, Appellant.

*Wiedeman* v. *Everard*, 56 App. Div. 358, appeal dismissed. (Argued February 25, 1901; decided March 5, 1901.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 4, 1901, affirming an order made at a Trial Term denying a motion for a new trial and to set aside a verdict in favor of plaintiff.

The motion was made upon the ground that the order in this case is not a final order in a special proceeding, nor one granting a new trial on exceptions, and is, therefore, not appealable to this court.

*Robert Goeller* for motion.

*Charles C. Nadal* opposed.

Motion granted and appeal dismissed, with ten dollars costs.